UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

PAUL LYLE THRASHER,           :

                                    :      Civil No. 1:19-cv-892

            Plaintiff,    :

   v.                       :      Hon. Ray Kent
                                    :      United States Magistrate Judge

ANDREW SAUL,             :
Commissioner of
Social Security,              :

                                    :

           Defendant.   :

## JUDGMENT

Pursuant to Federal Rule of Civil Procedure 58, judgment is hereby entered for Plaintiff,

reversing the Commissioner's final decision and remanding this matter to the Commissioner for

further proceedings pursuant to sentence four of section 205(g), 42 U.S.C. § 405(g).

Date:  May 19, 2021                           /s/ Ray Kent

                                            Ray Kent
                                            United States Magistrate Judge